CTJ

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. RELATOR LLC,<br><br>    Plaintiff-Relator,<br><br>v.<br><br>NOEL KIP ADAMS, an individual, JOHN LANGSTON, an individual, COLONIAL COUNTRY CLUB, a Texas nonprofit corporation, and DOES 1-10,<br><br>    Defendants. | Civil Action No. 4:23-CV-936-O<br><br><br>SEALED |

## NOTICE OF DISMISSAL

The United States and Relator LLC file this notice of dismissal pursuant to Rule 41(a)(1)(A)(i), by which this action is hereby DISMISSED subject to the terms of that certain Settlement Agreement between and among the United States, Colonial Country Club, and Relator LLC and on the following terms:

For the United States, the dismissal is with prejudice[1] as to defendant Colonial Country Club as to the Covered Conduct released by the United States in the Settlement Agreement between and among the United States, Colonial Country Club, and Relator LLC, but otherwise is without prejudice including as to any other defendant.

For Relator LLC, the dismissal is with prejudice as to all defendants.

---

[1] The with prejudice component of the United States' and Relator LLC's dismissal herein is conditioned upon the United States' receipt of the Settlement Amount in accordance with the terms of the Settlement Agreement.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

 /s/ Kenneth G. Coffin
Kenneth G. Coffin
Assistant United States Attorney
Texas Bar No. 24076986
Pooja Patel
Assistant United States Attorney
Texas Bar No. 24104064

1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:    214-659-8600
Facsimile:    214-659-8807
kenneth.coffin@usdoj.gov
pooja.patel@usdoj.gov

Attorneys for the United States

\*\*\*\*\*

/s/ David L. Hecht
David L. Hecht (NY: 4695961)
Hecht Partners LLP
125 Park Avenue, 25th Floor
New York, NY 10017
Tel: 212-851-6821
Fax: 646-492-5111
Email: dhecht@hechtpartners.com

Attorney for Relator LLC

2