**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA, ex rel.** § | |
| **RELATOR LLC,** § | |
| § | |
| **Plaintiff-Relator,** § | |
| § | **Civil Action No. 4:23-CV-936-O** |
| **v.** § | |
| § | |
| **NOEL KIP ADAMS, an individual, JOHN** § | |
| **LANGSTON, an individual, COLONIAL** § | |
| **COUNTRY CLUB, a Texas nonprofit** § | |
| **corporation, and DOES 1-10,** § | |
| § | |
| **Defendants.** § | |

## ORDER

Before the Court is a Notice of Dismissal filed by the government and Relator ("Notice"). ECF No. 16.  In light of the Notice, the Clerk of Court is directed to mark this case as terminated on the docket.

The Court additionally **ORDERS** as follows:

1.      Relator's Original Complaint, the Notice, and this Order shall be unsealed.

2.      All other contents of the Court's file in this action pre-dating this Order shall remain under seal and shall not be made public, but the seal shall be lifted going forward such that all papers filed in this action after the date of this Order (if any) shall not be sealed, unless otherwise ordered by the Court.

**SO ORDERED** on this **21st day** of **April, 2025.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

1